UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SILVERIA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SHULKIN,<br><br>Defendant. | No. 2:18-cv-0412-TLN-KJN PS<br><br><br><br>ORDER |

Plaintiff Anthony Silveria, proceeding without counsel, filed this action on February 23, 2018, and paid the filing fee. (ECF No. 1.) No defendant has yet appeared in the case.

On April 26, 2018, plaintiff filed a motion for leave to amend the original complaint to add different and/or additional defendants. (ECF No. 4.)

In light of plaintiff's *pro se* status, the early posture of this case, and because no defendant has yet appeared in the action, the court GRANTS plaintiff's motion. Plaintiff shall file his first amended complaint within 21 days of this order.

Plaintiff is informed that the court cannot refer to a prior complaint or other filing in order to make plaintiff's first amended complaint complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. As a general rule, an amended complaint supersedes the original complaint, and once the first amended complaint is

1

filed, the original complaint no longer serves any function in the case.

IT IS SO ORDERED.

This order resolves ECF No. 4.

Dated: May 1, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE