1  McGREGOR W. SCOTT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5
   Attorneys for Robert Wilkie,
6  Secretary, U.S. Department of Veterans Affairs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SILVERIA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT WILKIE, SECRETARY, U.S. DEPARTMENT OF VETERANS AFFAIRS AGENCY,<br><br>        Defendant. | CASE NO.  2:18-cv-00412 TLN-KJN PS<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT'S RESPONSE TO THE COMPLAINT; ORDER** |

Pursuant to Local Rule 144(a), the parties stipulate that the deadline for Robert Wilkie, Secretary, U.S. Department of Veterans Affairs, to respond to plaintiff's first amended complaint will be extended to October 26, 2018.  This is the parties' second extension.  They initially extended the Secretary's deadline by 28 days to September 21, 2018 in their stipulation filed on August 6, 2018. ECF 13.

///

///

///

///

///

///

The Secretary has requested an additional extension because VA agency counsel assigned to this case recently has had to deal with a family medical emergency and because this case may be reassigned to another Assistant United States Attorney in the near future.

Respectfully submitted,

DATED: September 10, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

Attorneys for Robert Wilkie, Secretary,
U.S. Department of Veterans Affairs

DATED: September 10, 2018

/s/ Anthony J. Silveria [authorized by email 09/10/2018]
Anthony J. Silveria
Plaintiff

## **ORDER**

**IT IS SO ORDERED.**

Dated: September 11, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE